UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

AJB INVESTMENTS, LLC                                                              CHAPTER 11
                                                                                  CASE NO. 07-50718
    DEBTOR

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    Come Dennis R. Williams and the law firm of Adams, Stepner, Woltermann & Dusing PLLC, 40 West Pike Street, P.O. Box 861, Covington, Kentucky 41012-0861, ("Counsel"), and hereby enter their appearance as counsel for U. S. Bank.  Pursuant to Rule 2002, counsel hereby requests copies of all notices, pleadings, and other matters filed herein to be served on Counsel, and that they be placed on the court's electronic service list.

    Please take further notice that U.S. Bank intend that neither this Notice of appearance nor any later pleading, claim or suit shall waive (1) the rights of U. S. Bank to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the rights of U. S. Bank to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the rights of U. S. Bank to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which U. S. Bank is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions,

defenses, setoffs, recoupments U. S. Bank expressly reserve.

      ADAMS, STEPNER,
      WOLTERMANN & DUSING, P.L.L.C.

      /s/ Dennis R. Williams
      Dennis R. Williams  (KBA#77105)
      Brian M. Ellerman (KBA#89179)
      40 West Pike Street
      P.O. Box 861
      Covington, Kentucky 41012-0861
      859-394-6200
      Counsel for U S Bank

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or regular U. S. Mail, postage pre-paid, to the following, this 19th day of April, 2007.

ldelcotto@wisedel.com
Ccutter@taylor-busch.com
jratliff@bairdandbaird.com
jms@ask-law.com
roy@fugittlaw.com
cappslaw@yahoo.com
steve@wilsonlawky.com
jwoodall@mmlk.com
clayclay@bellsouth.net

      /S/ Dennis R. Williams
      Dennis R. Williams  (KBA#77105)

306713.1