UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | | |
|---|---|---|
| AJB INVESTMENTS, LLC | ) | CASE NO. 07-50718 |
| DEBTOR | ) | CHAPTER 11 |

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that Central Kentucky Federal Savings Bank, a creditor and party-in-interest herein, hereby appears by its undersigned counsel, in accordance with Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. Section 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the attorney at the address set forth below:

George D. Smith, Esq.
Stoll Keenon Ogden PLLC
300 West Vine Street, #2100
Lexington, Kentucky   40507-1801
Telephone:  (859) 231-3000
Facsimile:   (859) 253-1093
E-mail: george.smith@skofirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Central Kentucky Federal Savings Bank.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Notice was served on the following interested parties via electronic filing or via United States Mail, First Class, postage prepaid, this 8th day of May, 2007.

Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky  40507-1801

By: /s/ George D. Smith

## **SERVICE LIST**

Kathy Warnecke Ryan
Attorney for Debtor
401 W. Main Street, #314
Lexington, KY  40507

Rachelle C. Williams
Office of the U.S. Trustee
100 E. Vine Street, #500
Lexington, KY  40507

AJB Investments, LLC
P.O. Box 63
Danville, KY 40423

LEX 3506374.1/105274 AJB Investments